**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02435-EWN-MEH

ANNE LUKANC,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay her or its own attorney's fees and costs.

Dated this 26th day of April, 2006.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge